**Order entered March 18, 2015.**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-14-01585-CV

## SUSAN ANN FISHER, Appellant

## V.

## MEDICAL CENTER OF PLANO, CYNTHIA CARTER, ANN W. HANDLEY, R.N. AND RAY J. DELGADILLO, R.T., Appellees

**On Appeal from the 296th Judicial District Court
Collin County, Texas
Trial Court Cause No. 296-01024-2014**

## ORDER

Based on the Court's opinion of this date dismissing the case for lack of jurisdiction, we

**DENY** as moot all of appellant's pending motions.

/s/    CAROLYN WRIGHT
CHIEF JUSTICE